

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00781-CR, 04-18-00782-CR,
04-18-00783-CR & 04-18-00784-CR

The **STATE** of Texas,
Appellant

v.

Fernando Jefte **MATA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10054CR, 10138CR, 10187CR & 9964CR
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The State's Motion Relating to Case Record and to Findings of Fact and Conclusions of Law is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court